## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE CANNING,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 04-1464 (GK) |
| | ) |
| **U.S. DEPARTMENT OF DEFENSE,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Daniel J. Everett as counsel for defendant in the above captioned case substituting for Special Assistant United States Attorney Kelly McGovern.

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  DANIEL J. EVERETT
                                                  Special Assistant United States Attorney
                                                  Civil Division
                                                  555 Fourth St., N.W.
                                                  Washington, D.C.  20530
                                                  202-353-9895  / FAX 202-514-8780
                                                  daniel.everett@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

GEORGE CANNING
60 Sycolin Road
Leesburg, VA 20175

on this 8th day of August, 2011.

                                         _____/s/_____
                                         DANIEL J. EVERETT
                                         Special Assistant United States Attorney
                                         Civil Division
                                         555 Fourth St., N.W.
                                         Washington, D.C.  20530
                                         202-353-9895  / FAX 202-514-8780
                                         daniel.everett@usdoj.gov