# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GEORGE CANNING,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 04-1464 (GK) |
| | : | |
| **U.S. DEPARTMENT OF DEFENSE,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This case has been pending since 2004.  There are no open motions at this time.

**WHEREFORE**, it is this 5th day of July, 2012, hereby

**ORDERED**, that the parties are to file a Joint Status Report, no later than **July 20, 2012**, indicating whether this case can be closed and, if not, what remains to be done.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**