UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE CANNING, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1464 (GK) |
| | : | |
| U.S. DEPARTMENT OF DEFENSE, | : | |
| | : | |
| Defendant. | : | |

## ORDER

On August 6, 2007, the Court granted Defendant's Motion for Summary Judgment in this FOIA case [Dkt. No. 22], and noted that "[t]he parties should note that no live claims remain in this case; therefore, this is a Final Appealable Order subject to Federal Rule of Appellate Procedure 4" [Id.]. Thereafter, as explained in the Parties' July 20, 2012, Joint Status Report [Dkt. No. 36], there was some brief litigation ending with the Court's statement that it had erroneously "cited to Exemption 3 of FOIA instead of Exclusion 3 of FOIA" in its Memorandum Opinion of August 6, 2007 [Dkt. No. 27]. The Court noted in this ruling, "it would appear that this error has no practical significance." Id.

For unknown reasons, this case has remained on the Court's docket despite its statement in its August 6, 2007 Order that the granting of Defendant's Motion for Summary Judgment was "a Final Appealable Order subject to Federal Rule of Appellate Procedure 4" [Dkt. No. 22]. Plaintiff maintains in his portion of the Joint Status Report that the Court must indicate what, if any, impact the Government's *in camera* Declaration, filed August 15, 2008, has on this litigation.

The Court has received the "clear Declaration from the Defendant indicating whether it did or did not utilize Exclusion 3 in processing [Plaintiff's] FOIA request" (emphasis in original) required in its July 16, 2008, Order granting Plaintiff's R. 59(e) Motion in part [Dkt. No. 27]. Upon consideration of that Declaration, the Court concludes that this case should be closed.

**WHEREFORE**, it is this 23rd day of July, 2012, hereby

**ORDERED**, that this case is **CLOSED.**

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to counsel of record**
**and to**
**George Canning**
**60 Sycolin Road**
**Leesburg, VA  20175**